UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:10CR20041-001 |
| | ) | |
| JERRY MULLINS | ) | |

## **ORDER OF DISMISSAL**

Now on this same day came on for consideration the Government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion (doc. 23) should be GRANTED.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on September 15, 2010, be on the same day hereby DISMISSED WITHOUT PREJUDICE. Defendant's Motion to Dismiss (doc. 22) is DENIED AS MOOT.

Entered on this 9th day of October, 2012.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE